**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Adrienne Lynn Stout              CHAPTER 7

Debtor(s)

BKY. NO. 22-11823 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-22CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-22CB and index same on the master mailing list.

                                                                 Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
05 Aug 2022, 12:30:59, EDT

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322