Certificate Number: 17572-PAE-DE-036799701

Bankruptcy Case Number: 22-11823



17572-PAE-DE-036799701

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 31, 2022</u>, at <u>4:06</u> o'clock <u>PM PDT</u>, <u>Adrienne Lynn Stout</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 31, 2022</u>          By:   <u>/s/Benjamin E Wunsch</u>

                                       Name: <u>Benjamin E Wunsch</u>

                                       Title: <u>Counselor</u>