*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Adrienne Lynn Stout
    Debtor(s)

Case No: 22–11823–pmm

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 396 Swamp Road, Wind Gap, PA, 18091 Filed by THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004–22CB, MORTGAGE PASS THROUGH CERTIFICATE Represented by DENISE ELIZABETH CARLON.

\*\*Hearing rescheduled from 10/25/222 to 11/1/2022\*\*

    on: 11/1/22

    at: 10:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  10/5/22

Timothy B. McGrath
Clerk of Court

17 – 15
Form 167