United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11823-pmm
Adrienne Lynn Stout  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Oct 05, 2022      Form ID: 167      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adrienne Lynn Stout, 535 Forrest Avenue, Bethlehem, PA 18017-3836 |
| 14705053 | + | Andrew and Maria Shaffer, 18 Waverly Road, Walterboro, SC 29488-3672 |
| 14705057 | + | Creature Comfort Veterinary Service, 820 Rte 115, Saylorsburg, PA 18353-7881 |
| 14705059 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14705062 | | Lehigh Valley Health Network, Attn: Patient Accounting Dept, PO Box 4120, Allentown, PA 18105-4120 |
| 14705061 | | Lehigh Valley Health Network, PO Box 981028, Boston, MA 02298-1028 |
| 14705063 | | Lehigh Valley Hospital, Patient Accounting Department, P.O. Box 4120, Allentown, PA 18105-4120 |
| 14705064 | | Lehigh Valley Physician Group, PO Box 1754, Allentown, PA 18105-1754 |
| 14705066 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, PO Box 16001, Reading, PA 19612-6001 |
| 14705065 | | Medical Imaging of Lehigh Valley, 2 Meridian Blvd 3rd Floor, Wyomissing, PA 19610-3202 |
| 14705068 | + | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14705069 | | Morgan Higgins, 535 Forrest Avenue, Bethlehem, PA 18017-3836 |
| 14705073 | | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 14705074 | + | Service Electric, 2260 Ave A, Bethlehem, PA 18017-2170 |
| 14711504 | + | The Bank of New York Mellon, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 05 2022 23:55:34 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705052 | + | Email/Text: bky@americanprofit.net | Oct 05 2022 23:43:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Road #333, Farmington Hills, MI 48331-3288 |
| 14706183 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 05 2022 23:55:39 | Capital One Auto Finance, c/o Arvind Nath Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14705054 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 05 2022 23:55:39 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14706088 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 05 2022 23:55:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14705055 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 05 2022 23:55:43 | Capital One Bank (USA), NA, Attn: Bankrptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14705056 | + | Email/Text: dylan.succa@commercialacceptance.net | Oct 05 2022 23:43:00 | Commerical Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |

Case 22-11823-pmm   Doc 18   Filed 10/07/22   Entered 10/08/22 00:29:41   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 05, 2022 | Form ID: 167 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 14705058 | | Email/Text: Bankruptcy@ICSystem.com | Oct 05 2022 23:43:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164 |
| 14705060 | ^ | MEBN | Oct 05 2022 23:41:03 | KML Law Group, P.C., Suite 500, BNY Mellon Independence Cente, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14705067 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 05 2022 23:43:00 | Midland Funding LLC, 350 Camino De Le Reina, Suite 100, San Diego, CA 92108-3007 |
| 14705070 | | Email/Text: bankruptcies@patientfirst.com | Oct 05 2022 23:43:00 | Patient First, PO Box 758941, Baltimore, MD 21275-8941 |
| 14705071 | | Email/Text: bankruptcies@penncredit.com | Oct 05 2022 23:43:00 | Penn Credit, Attn: Bankruptcy, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14705072 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 05 2022 23:43:00 | PNC Bank, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14705075 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 05 2022 23:43:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 14705076 | + | Email/Text: clientservices@sourcerm.com | Oct 05 2022 23:44:00 | Source Receivables Mgmt, LLC, Attn: Bankruptcy Dept, PO Box 4068, Greensboro, NC 27404-4068 |
| 14711354 | ^ | MEBN | Oct 05 2022 23:41:03 | THE BANK OF NEW YORK MELLON, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14705077 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 05 2022 23:43:00 | The Bank of New York Mellon, C/O Bank of America, N.A., 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14705078 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 05 2022 23:44:00 | Transworld Systems Inc., 500 Virginia Dr. Ste. 514, Ft. Washington, PA 19034-2733 |
| 14705079 | | Email/Text: bkrcy@ugi.com | Oct 05 2022 23:44:00 | UGI Utilities, Inc, PO Box 13009, Reading, PA 19612 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 05, 2022 | Form ID: 167 | Total Noticed: 34

BRIAN CRAIG NICHOLAS
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT INC., ALTERNATIVE LOAN TRUST 2004-22CB, MORTGAGE PASS THROUGH CERTIFICATE bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT INC., ALTERNATIVE LOAN TRUST 2004-22CB, MORTGAGE PASS THROUGH CERTIFICATE bkgroup@kmllawgroup.com

ROBERT H. HOLBER
    trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Adrienne Lynn Stout zzawarski@zawarskilaw.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Adrienne Lynn Stout
    Debtor(s)

Case No: 22−11823−pmm
Chapter: 7

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 396 Swamp Road, Wind Gap, PA, 18091 Filed by THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004−22CB, MORTGAGE PASS THROUGH CERTIFICATE Represented by DENISE ELIZABETH CARLON.

**Hearing rescheduled from 10/25/222 to 11/1/2022**

    on: 11/1/22

    at: 10:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 10/5/22

Timothy B. McGrath
Clerk of Court

17 − 15
Form 167